IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NICHELLE BRADLEY,
INDIVIDUALLY AND ON BEHALF OF
THE WRONGFUL DEATH
BENEFICIARIES OF JORIAN
HOLLOWAY, AHSLEY BRADLEY and
ALEXIS BRADLEY                                                                                PLAINTIFF

V.                                                                        CIVIL ACTION NO. 3:06cv7-HTW-LRA

CHRYSLER MOTORS CORPORATION, ET AL.                                  DEFENDANTS

## JUDGMENT DISMISSING ACTION

This action is before the Court on Motion to Dismiss filed by Defendant, DaimlerChrysler Corporation.  After considering the Motion and subject Order, after reviewing the Court's docket, and being otherwise fully advised in the premises, the Court finds that Plaintiff has failed to comply with the Court's Order and has failed to prosecute this action timely.  Therefore, this action should be and is hereby dismissed.

SO ORDERED, this the 29th day of January, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

William C. Hammack (MSB #2994)
BOURDEAUX & JONES, LLP
505 Constitution Avenue
Post Office Box 2009
Meridian, Mississippi 39302-2009
Telephone:      (601) 693-2393
Facsimile:       (601) 693-0226

ATTORNEY FOR DEFENDANTS